# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Edward Davis, | No. CV-20-00942-PHX-SMB (CDB) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Overton, et al., | |
| Defendants. | |

United States Magistrate Camille D. Bibles has issued a report and recommendation ("R&R") recommending that Detention Officers 2, 3, and 4 be dismissed without prejudice for Plaintiff's failure to comply with the Court's order at ECF No. 5. (Doc. 32). No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). Nevertheless, the Court has reviewed the court's docket along with the R&R and agrees with the analysis of Magistrate Judge Bibles. The Court will accept and adopts the R&R.

**IT IS ORDERED** dismissing Defendants Detention Officers 2, 3, and 4 without prejudice.

Dated this 20th day of May, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge